# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS V. RODRIGUEZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>JACK HEFFLEFINGER,<br><br>        Defendant. | ) 1:13cv00231 DLB PC<br>)<br>) ORDER TO SHOW CAUSE<br>) WHY ACTION SHOULD<br>) NOT BE DISMISSED<br>)<br>) **REPONSE DUE IN THIRTY DAYS**<br>)<br>)<br>) |

      Plaintiff Luis V. Rodriguez ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on February 14, 2013.

      Plaintiff did not pay the filing fee or submit an application to proceed in forma pauperis. Therefore, on February 19, 2013, Plaintiff was ordered to either submit an application or pay the $350.00 filing fee within 45 days. Over 45 days have passed and Plaintiff has not complied with this order.

      Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff is ORDERED to file a response to this order to show cause **within thirty (30) days**. Plaintiff may

1

also comply with this order by filing an application to proceed in forma pauperis or pay the filing fee.

**The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **April 17, 2013**                              /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE