# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS V. RODRIGUEZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>JACK HEFFLEFINGER,<br><br>        Defendant. | 1:13cv00231 DLB PC<br><br>ORDER DISCHARING<br>ORDER TO SHOW CAUSE<br><br>(Document 4) |

      Plaintiff Luis V. Rodriguez ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on February 14, 2013.

      On April 17, 2013, the Court issued an order to show cause why the action should not be dismissed for failure to follow a Court order and failure to prosecute. The Court explained that Plaintiff could comply with this order by filing an application to proceed in forma pauperis or pay the filing fee.

1

On April 29, 2013, Plaintiff filed an adequate application to proceed in forma pauperis, and the April 17, 2013, order to show cause is therefore DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 30, 2013**                              /s/ *Dennis L. Beck*
                                                           UNITED STATES MAGISTRATE JUDGE