# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS V. RODRIGUEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>JACK HEFFLEFINGER,<br><br>          Defendant. | 1:13cv00231 LJO DLB PC<br><br>ORDER TO SHOW CAUSE<br>WHY ACTION SHOULD<br>NOT BE DISMISSED<br><br>**REPONSE DUE IN THIRTY DAYS** |

     Plaintiff Luis V. Rodriguez ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on February 14, 2013.

     On September 17, 2013, the Court screened Plaintiff's complaint and ordered him to either file an amended complaint or notify the Court of his willingness to proceed on the cognizable claims. The Court found the following cognizable claims: (1) retaliation in violation of the First Amendment against Defendants Anderson, Treadwell and Hefflefinger; and (2) violation of the Eighth Amendment against Defendants Hefflefinger and Lovofoy based on conditions of confinement. Plaintiff was ordered to respond within thirty (30) days.

     Over thirty (30) days have passed and Plaintiff has not responded to the Court's order or otherwise contacted the Court.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute.  Plaintiff is ORDERED to file a response to this order to show cause **within thirty (30) days**.  Plaintiff may also comply with this order by complying with the Court's September 17, 2013, within this time frame.

**The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:    **November 15, 2013**                    /s/ Dennis L. Beck
                                                            UNITED STATES MAGISTRATE JUDGE