# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS V. RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JACK HEFFLEFINGER,<br><br>　　　　　Defendant. | ) 1:13cv00231 DLB PC<br>)<br>) ORDER DISCHARING<br>) ORDER TO SHOW CAUSE<br>)<br>) (Document 15<br>)<br>)<br>)<br>) |

　　　Plaintiff Luis V. Rodriguez ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on February 14, 2013.

　　　On November 15, 2013, the Court issued an order to show cause why the action should not be dismissed for failure to follow a Court order and failure to prosecute. The Court explained that Plaintiff could comply with this order by complying with the September 17, 2013, order.

1

On December 23, 2013, Plaintiff filed a First Amended Complaint.  Accordingly, the November 15, 2013, order to show cause is DISCHARGED.

IT IS SO ORDERED.

    Dated: **December 26, 2013**　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE