# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS V. RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HEFFLEFINGER, et al.,<br><br>　　　　　Defendants. | ) 1:13cv00231 LJO DLB PC<br>)<br>) ORDER DENYING PLAINTIFF'S<br>) REQUEST TO STAY ACTION<br>) (Document 19)<br>)<br>) ORDER GRANTING PLAINTIFF FORTY-<br>) FIVE (45) DAY EXTENSION OF TIME<br>)<br>) |

　　　Plaintiff Luis V. Rodriguez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on February 14, 2013. On September 17, 2013, the Court screened Plaintiff's complaint and found certain claims cognizable. The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the cognizable claims.

　　　On December 23, 2013, Plaintiff filed his First Amended Complaint ("FAC"). The Court screened the FAC on April 23, 2014, and found certain cognizable claims. The Court again ordered Plaintiff to either file an amended complaint, or notify the Court of his willingness to proceed only on the cognizable claims, within thirty (30) days. The Court instructed Plaintiff that if he chose to amend, this would be his final opportunity to do so.

1

On May 5, 2014, Plaintiff filed a document in which he requested a stay of the proceedings.  Plaintiff states that he cannot meaningfully or reasonably pursue the litigation under his current conditions of confinement.  Plaintiff details four months of what he contends to be retaliatory behavior by prison staff.

The Court will not grant an indefinite stay of this action.  The Court has explained that Plaintiff's FAC states certain cognizable claims.  If Plaintiff choses to move forward only on the cognizable claims, the next step will simply be completion of service documents for service by the United States Marshal.  While filing an amended complaint may be more time-intensive, it does not require a stay.  The Court will grant Plaintiff a **forty-five day extension of time** within which to either file an amended complaint, or notify the Court of his willingness to proceed only on the cognizable claims.

<u>If Plaintiff fails to respond to this order, the Court will recommend that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **May 12, 2014**                              /s/ Dennis L. Beck
                                                       UNITED STATES MAGISTRATE JUDGE