# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS V. RODRIGUEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>HEFFLEFINGER, et al.,<br><br>    Defendants. | ) 1:13cv00231 LJO DLB PC<br>)<br>)<br>) ORDER REQUIRING DEFENDANTS<br>) TO PROVIDE STATUS REPORT WITHIN<br>) FIFTEEN DAYS<br>)<br>)<br>)<br>) |

    Plaintiff Luis V. Rodriguez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. This action is proceeding on the following cognizable claims: (1) retaliation in violation of the First Amendment against Defendants Anderson, Hefflefinger, Badger, McAllister, Tredwell, Sheldon, Speidell, Duncan, Lovofoy and Huerta; (2) violation of the Eighth Amendment against Defendant Lovofoy; and (3) violation of the Eighth Amendment against Defendants Hefflefinger and Lovofoy based on conditions of confinement.

    The Court issued a Discovery and Scheduling Order on August 18, 2015. Pursuant to the order, the parties were to exchange initial disclosures by September 28, 2015. On September 28, 2015, the Court received a notice from Defendants that they had complied with the disclosure requirement.

1

    Also on September 28, 2015, Plaintiff filed a request for a sixty-day extension of time to provide Defendants with his initial disclosures.  Plaintiff's request is based on his contention that he has not been allowed access to his legal files despite numerous requests.

    Defendants are ORDERED to provide the Court with a status report within fifteen days of the date of service of this order as to whether Plaintiff has been able to access his legal documents.  The Court will rule on Plaintiff's request after it receives the status report from Defendants.

IT IS SO ORDERED.

Dated:   **September 29, 2015**          /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE