# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS V. RODRIGUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>HEFFLEFINGER, et al.,<br><br>　　　　　　Defendants. | ) 1:13cv00231 LJO DLB PC<br>)<br>)<br>) ORDER GRANTING DEFENDANTS'<br>) MOTION TO MODIFY THE DISCOVERY<br>) AND SCHEDULING ORDER<br>)<br>) (Document 52)<br>)<br>) |

　　　　Plaintiff Luis V. Rodriguez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  This action is proceeding on the following cognizable claims: (1) retaliation in violation of the First Amendment against Defendants Anderson, Hefflefinger, Badger, McAllister, Tredwell, Sheldon, Speidell, Duncan, Lovofoy and Huerta; (2) violation of the Eighth Amendment against Defendant Lovofoy; and (3) violation of the Eighth Amendment against Defendants Hefflefinger and Lovofoy based on conditions of confinement.

　　　　The Court issued a Discovery and Scheduling Order on August 18, 2015.  Pursuant to the order, the deadline for filing motions for summary judgment based on exhaustion was November 11, 2015.

　　　　On November 12, 2015, Defendants Anderson, Hefflefinger, Badger, Tredwell, Sheldon, Speidell, Duncan, Lovofoy and Huerta filed a motion to extend the deadline to file a motion for

summary judgment based on exhaustion by four days.[1]  Defendant McAllister also joined in the motion.

The Court deems the matter suitable for decision without an opposition pursuant to Local Rule 230(l).

**DISCUSSION**

Modification of the pretrial scheduling order requires a showing of good cause.  Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'"  Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992)).  "Although the existence or degree of prejudice to the party opposing the modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking the modification."  Johnson, 975 F.2d at 609.

Defendants seek an extension of four days because of the need to request a complete set of documents to be attached as exhibits.  Defendants state that the motion for summary judgment is otherwise complete, and that a four-day extension will be sufficient.

For good cause, the Court GRANTS Defendants' motion.  The deadline to file motions for summary judgment based on exhaustion is extended to **November 16, 2015.**  All other dates in the Discovery and Scheduling Order shall remain as scheduled.

IT IS SO ORDERED.

Dated:   **November 13, 2015**              /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] November 11, 2015, was a federal and state holiday.