UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RODRIGUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>HEFFLEFINGER, et al.,<br><br>        Defendants. | No. 1:13-cv-00231 DAD DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO SUPPLEMENT THE STATEMENT OF PLAINTIFF'S DEATH UPON THE RECORD WITH EVIDENCE OF PROPER SERVICE WITHIN TWENTY DAYS |

Plaintiff Luis Rodriguez ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 7, 2016.

Defendants filed a statement of Plaintiff's death on May 4, 2016.[1]  Defendants represent in the notice that they served members of Plaintiff's family in compliance with Federal Rules of Civil Procedure 4 and 25(a)(1).  ECF No. 66.  However, Defendants' notice is not accompanied by any supporting evidence.

///

///

///

///

///

---

[1] Plaintiff's wife informed this Court of his passing in a letter dated April 21, 2016.

1

Defendants are HEREBY ORDERED to supplement the notice with evidence of proper service within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 10, 2016**                          /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE